| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | GREGORY F. NOONAN |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. *Pending* |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | 619 557-5790   (Telephone)/619 557-5551 (Fax) |
| | Email: gregory.noonan@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

8            UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 10 | UNITED STATES OF AMERICA, | ) | Criminal Case No.   08CR0705-LAB |
| | | ) | |
| 11 | Plaintiff, | ) | |
| | | ) | NOTICE OF APPEARANCE |
| 12 | v. | ) | |
| | | ) | |
| 13 | ADRIAN MONTOYA-CABRERA, | ) | |
| | | ) | |
| 14 | Defendant. | ) | |
| | | ) | |

15

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17         I, the undersigned attorney, enter my appearance as lead counsel for the United States in the

18  above-captioned case.

19         I certify that I am admitted to practice in this court or authorized to practice under

20  CivLR 83.3.c.3-4.

21         The following government attorneys (who are admitted to practice in this court or authorized

22  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel

23  for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this

24  case.

25         1.    None.

26  //

27  //

28  //

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

1. James P. Melendres.

Please feel free to call me if you have any questions about this notice.

DATED: May 13, 2008.

                                            KAREN P. HEWITT
                                            United States Attorney

                                            <u>s/Gregory F. Noonan</u>
                                            GREGORY F. NOONAN
                                            Assistant U.S. Attorney

Notice of Appearance                                                                      08CR0705-LAB
United States v. Adrian Montoya-Cabrera

|   |   |
|---|---|
|   | UNITED STATES DISTRICT COURT |
|   | SOUTHERN DISTRICT OF CALIFORNIA |

| UNITED STATES OF AMERICA, | ) | Criminal Case No.   08CR0705-LAB |
|---|---|---|
|   | ) |   |
| Plaintiff, | ) |   |
|   | ) | CERTIFICATE OF SERVICE |
| v. | ) |   |
|   | ) |   |
| ADRIAN MONTOYA-CABRERA, | ) |   |
|   | ) |   |
| Defendant. | ) |   |

IT IS HEREBY CERTIFIED THAT:

    I, , am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance as lead counsel for the United States**, dated May 13, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1.    Stephen E. Hoffman, Attorney for Defendant Adrian Montoya-Cabrera.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on May 13, 2008.

                                         s/Gregory F. Noonan
                                         GREGORY F. NOONAN
                                         Assistant U.S. Attorney

Notice of Appearance                                                 08CR0705-LAB
United States v. Adrian Montoya-Cabrera