# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Adrian Montoya-Cabrera )

CASE NUMBER  08CR 705-LAB

ABSTRACT OF ORDER

Booking No. 05930298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  8/1/08
the Court entered the following order:

____✓____ Defendant be released from custody.
_____ Defendant placed on supervised / unsupervised probation / supervised release.
_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
_____ Defendant released on $_____ bond posted.
_____ Defendant appeared in Court. FINGERPRINT & RELEASE.
_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.
_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
          _____ dismissing appeal filed.
_____ Bench Warrant Recalled.
_____ Defendant forfeited collateral.
_____ Case Dismissed.
____✓____ Defendant to be released to Pretrial Services for electronic monitoring.
____✓____ Other. Probation 5 years

LARRY A. BURNS
UNITED STATES ~~MAGISTRATE~~ JUDGE
                DISTRICT
                  OR

W. SAMUEL HAMRICK, JR.   Clerk
by T. Washam
              Deputy Clerk    T. WASHAM

Received _____
          DUSM

Crim-9   (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY